# LAW OFFICES OF DAVID YAN
## ATTORNEY AT LAW

Members of NY & PA Bars　　　　　　　　　　　　　　　　　　　　　Direct Dial: (718) 888-7788
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: davidyanlawoffice@gmail.com

January 3, 2020

**VIA ECF**

Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 618
New York, NY 10007
Tel.: (212) 805-0290/4570
Email: Failla_NYSDChambers@nysd.uscourts.gov



　　　　　　　RE:　Letter Motion to Extend Due Day for One Week to Move or Answer
　　　　　　　　　　*Luigi GiRotto v. LXC Inc., et al.*, 1:19-cv-02858-KPF

Dear Honorable Judge Katherine Polk Failla:

I represent Defendant LXC, Inc. in this case.

The Court set the due day on 1/6/2020 for Defendants to move or answer.

Since I have been sick for more than two weeks due to flu and cold, I request the Court to extend the due date on 1/6/2020 for one week until 1/13/2020 for Defendant LXC, Inc. to answer or move. Co-defendant's counsel knew about my situation.

I have contacted the Plaintiff's counsel; but have not received any response yet. I do not know his position with respect to the request for extension.

If the Court grants Defendant LXC, Inc.'s request to extend the due date for one week, please re-set due dates for responses and reply as follows:

Response due to 2/11/2020
Reply due to 2/28/2020

Thank you for Your Honor's time and attention in this matter.

Respectfully submitted,

/s/ David Yan
David Yan


cc.: B. Bradley Weitz, Esq., Joseph DiPalma, Esq. (via CM/ECF)

Application GRANTED. Defendants' time to answer or move is hereby extended to January 13, 2020, with Plaintiff's response due February 11, 2020, and Defendants' reply due February 28, 2020.

Dated: January 6, 2020
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE