

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains NY 10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY NY | GREENVILLE SC | MONMOUTH COUNTY NJ | RALEIGH NC |
| ALBUQUERQUE NM | HARTFORD CT | MORRISTOWN NJ | RAPID CITY SD |
| ATLANTA GA | HONOLULU HI* | NEW ORLEANS LA | RICHMOND VA |
| AUSTIN TX | HOUSTON TX | NEW YORK NY | SACRAMENTO CA |
| BALTIMORE MD | INDIANAPOLIS IN | NORFOLK VA | SALT LAKE CITY UT |
| BIRMINGHAM AL | JACKSONVILLE FL | OMAHA NE | SAN DIEGO CA |
| BOSTON MA | KANSAS CITY REGION | ORANGE COUNTY CA | SAN FRANCISCO CA |
| CHICAGO IL | LAS VEGAS NV | ORLANDO FL | SAN JUAN PR |
| CINCINNATI OH | LONG ISLAND NY | PHILADELPHIA PA | SEATTLE WA |
| CLEVELAND OH | LOS ANGELES CA | PHOENIX AZ | ST. LOUIS MO |
| DALLAS TX | MADISON, WI | PITTSBURGH PA | STAMFORD CT |
| DAYTON OH | MEMPHIS TN | PORTLAND OR | TAMPA FL |
| DENVER CO | MIAMI FL | PORTSMOUTH NH | WASHINGTON DC REGION |
| DETROIT MI | MILWAUKEE WI | PROVIDENCE RI | WHITE PLAINS NY |
| GRAND RAPIDS MI | MINNEAPOLIS MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: 914-872-6920
E-MAIL ADDRESS: JOSEPH.DIPALMA@JACKSONLEWIS.COM

October 16, 2020

**Via ECF- Letter Motion**

The Honorable Katherine Polk Failla
United States District Judge
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007



Re:   Girotto v. LXC, Inc. et al.
      Case No.: 19-cv-02858-KPF

Dear Judge Failla:

We represent Defendant, 162 West Realty LLC, in the above-captioned matter. We write jointly with Plaintiff's counsel, Brad Weitz, Esq., and co-defendant's counsel, David Yan, Esq., in accordance with Your Honor's July 23, 2020 Order. At this time, the parties are jointly requesting an extension of the existing stay in this matter.

As we stated during the Initial Conference, due to the ongoing national health crisis caused by the COVID-19 pandemic, coupled with the mandated closure of non-essential public businesses in New York City, which has adversely affected the business in this matter, it is very difficult for the parties to proceed in this matter with discovery and productive settlement negotiations at this time.

Therefore, the parties jointly hereby respectfully request that the Court grant an additional sixty (60) day stay of all deadlines and/or any conference in this matter. The undersigned has conferred with all counsel who join in on this request. We thank you for your attention and consideration.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Joseph J. DiPalma*
Joseph J. DiPalma

cc:  All counsel (via ECF)

Application GRANTED.  This action will remain STAYED through December 23, 2020. The Court ORDERS the parties to submit a joint status letter on or before that date.

Dated:     October 16, 2020           SO ORDERED.
           New York, New York

                                      *[signature: Katherine Polk Failla]*

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE